IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES L. FREEZE,             )
                               )
            Plaintiff,         )
                               )
     v.                        )   CIVIL NO. 1:05CV219
                               )
VA MEDICAL CENTER,             )
                               )
            Defendant.         )

ORDER and JUDGMENT

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that summary judgment is entered in behalf of the Defendant.

IT IS FURTHER ORDERED that Defendant's motion to dismiss pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, and pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) is **GRANTED.**

All motions still pending filed by the Plaintiff are **DENIED** as moot or without merit.

This action is **DISMISSED** with prejudice.

/s/ Frank W. Bullock, Jr.
United States District Judge

December 29, 2005